

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00209-CV

IN RE DALLAS/FORT WORTH                             RELATORS
INTERNATIONAL AIRPORT
BOARD, CITY OF FORT WORTH,
AND CITY OF DALLAS

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

We have considered "JPMorgan Chase Bank, N.A.'s Rule 52.11 Motion For Attorneys' Fees And Expenses." The motion is denied.


                                        PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: July 10, 2012

---

[1]See Tex. R. App. P. 47.4, 52.8(d).